UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUMANE SOCIETY LEGISLATIVE FUND,
et al.,

      Plaintiffs,

v.                                         Case No. 14-10601

RUTH JOHNSON, et al.,

      Defendants.
                                                /

**ORDER OF DISMISSAL**

On March 31, 2014, the court conducted an off-the-record telephonic conference to discuss the impact of Michigan House Bill 5152 on this case. It appears to the court that, upon the Governor's anticipated approval, the Plaintiffs' case will become moot. In view of this impending change in the law, the parties have agreed to dismiss this matter. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights in the event that the bill is not signed into law.** Accordingly, any party may reopen this case by **May 31, 2014**, by filing a "Notice of Reopening." If such a notice is filed, the case will immediately be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed.

After **May 31, 2014**, in the absence of any further order of the court or filing by the parties, this dismissal will be deemed to be with prejudice.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2014, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522